IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD PERRY,

    Plaintiff,

v.                                       CASE NO. 4:11cv105-RH/GRJ

KAREN ROBERTS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF Nos. 7 & 8. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED WITHOUT PREJUDICE." The clerk must close the file.

SO ORDERED on May 14, 2011.

                                                    s/Robert L. Hinkle
                                                  United States District Judge